SEALED
DISTRICT COURT
DISTRICT OF NEBRASKA
2021 MAR 18 PM 4:57
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:21CR99 |
| Plaintiff, | |
| vs. | INDICTMENT |
| ALYX M. O'HARE, | 18 U.S.C. § 1071 |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about February 22, 2021, in the District of Nebraska, Defendant ALYX M. O'HARE, harbored and concealed Leslie Graber, a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Leslie Graber, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Leslie Graber, and which warrant had been issued on a felony charge.

In violation of Title 18, United States Code, Section 1071.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MATT E. LIERMAN
Assistant U.S. Attorney

1